UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESH & BEST PRODUCE, INC., <br> Plaintiff, <br> v. <br> BOCANOVA, LLC, et al., <br> Defendants. | Case No.16-cv-06985-EJD (HRL) <br><br> **ORDER TO SHOW CAUSE RE: CONTEMPT** |

The Court previously ordered defendant Richard Hackett to appear on April 17, 2018, for a judgment debtor exam. Dkt. No. 24. Plaintiff Fresh & Best Produce, Inc. served the order on Hackett, Dkt. No. 25, but he did not show up to the hearing.

The Court now orders Hackett to appear on **May 15, 2018, at 10:00 A.M.** in Courtroom 2, Fifth Floor, of the United States District Court in San Jose and show cause why he should not be held in contempt for failure to obey the Court's previous order.

**IT IS SO ORDERED.**

Dated: April 17, 2018

HOWARD R. LLOYD
United States Magistrate Judge